UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

PATRICK HARRY MARIN MOZOMBITE and
DIANA LOURDES DAVILA CORONEL,

                                Plaintiff,

                -against-

MILLER AUTO LEASING CO D/B/A
MILLER TRUCK LEASING and
JOHN FRANCIS BURKE,

                                Defendant,

-------------------------------------------------------------------------X

**Civil Action No.:**

**VERIFIED COMPLAINT**

The Plaintiffs complaining of the Defendants, through their attorneys LOCKAMY &

ASSOCIATES P.C, respectfully alleges upon information and belief:

## PARTIES

1. That at all times hereinafter mentioned, Plaintiff, PATRICK HARRY MARIN
   MOZOMBITE, was and still is a natural person residing in and a citizen of the State of
   New York, in the county of Bronx.

2. That at all times hereinafter mentioned, Plaintiff, DIANA LOURDES DAVILA
   CORONEL, was and still is a natural person residing in and a citizen of the State of New
   York, in the country of Bronx.

3. That at all times hereinafter mentioned, Plaintiff, JOHN FRANCIS BURKE, was and still
   is a natural person residing in and a citizen of the State of New Jersey, in the country of
   Bergen.

4. That at all times hereinafter mentioned, the Defendant MILLER AUTO LEASING CO
   DBA MILLER TRUCK LEASING, was and still is business entity duly formed and

organized under the laws of the State of New Jersey with an address of 1824 Route 38, Lumberton, New Jersey 08048.

## JURISDICTION

5. Jurisdiction of this action is proper pursuant to 28 U.S.C. Section 1332(a), due to complete diversity of citizenship of the parties hereto and this action seeks monetary damages in excess of the jurisdictional limit set forth in 28 U.S.C. Section 1332(a), to with in excess of $75,000.00 in damages.

## BACKGROUND FACTS

1. At all times hereinafter mentioned, Plaintiff PATRICK HARRY MARIN MOZOMBITE was a passenger on the 2007 NISSAN Motor Vehicle, bearing New Jersey State license plate number F68VFX.

2. At all times hereinafter mentioned, Plaintiff DIANA LOURDES DAVILA CORONEL was a passenger on the 2007 NISSAN Motor Vehicle, bearing New Jersey State license plate number F68VFX.

3. At all times hereinafter mentioned, Defendant MILLER AUTO LEASING CO DBA MILLER TRUCK LEASING was the registered owner of a 2023 Freight Motor Vehicle, bearing Indiana State license plate number 3275119.

4. At all times hereinafter mentioned, Defendant JOHN FRANCIS BURKE operated the 2023 Freight Motor Vehicle, bearing Indiana State license plate number 3275119, owned by Defendant MILLER AUTO LEASING CO DBA MILLER TRUCK LEASING and with the knowledge, permission, and consent of the same.

5. At all times hereinafter mentioned, the Long Island Expressway near exit 40, in the City of Oyster Bay, in the County of Nassau, State of New York were and still are public roadways used by the public in general.

6. That on or about January 09, 2025, Defendant JOHN FRANCIS BURKE while operating the aforementioned motor so as to cause or allow the aforementioned vehicle to come into contact with the vehicle occupied by PATRICK HARRY MARIN MOZOMBITE and DIANA LOURDES DAVILA CORONEL.

### AND AS FOR FIRST CAUSE OF ACTION (NEGLIGENCE)

7. Plaintiffs repeat and re-allege paragraphs "1" through "6" as though more fully set forth herein.

8. That the injuries sustained by Plaintiff PATRICK HARRY MARIN MOZOMBITE and DIANA LOURDES DAVILA CORONEL; were caused by the negligence of the Defendants without negligence on the part of the Plaintiff contributing thereto.

9. That Defendant JOHN FRANCIS BURKE was negligent, careless and remiss in the operation, maintenance, care and control of the aforesaid motor vehicle in failing to properly navigate the roadway without colliding into the vehicle occupied by PATRICK HARRY MARIN MOZOMBITE and DIANA LOURDES DAVILA CORONEL; in failing to avoid coming into contact with the Plaintiff; in failing to yield the right of way to the Plaintiff; in failing to stop; in failing to maintain proper lookout; in failing to apply the brake devices within his motor vehicle; in traveling at too rapid, excessive and dangerous rate of speed under the law and surrounding circumstances; failing to maintain proper distance between his vehicle and the vehicle occupied by Plaintiff; in failing to

keep and/or maintain proper control over said vehicle; in failing to observe and/or obey the traffic and weather conditions, rules, signals, warnings, statutes and ordinances existing at, near and/or about the aforementioned location; and, in general, failing to use that degree of care and caution warranted under all of the surrounding circumstances.

10. That the limited liability provisions of CPLR article 16 do not apply to this matter and this action falls within one or more of the expectations set forth in CPLR 1602.

11. Upon information and belief, Defendant JOHN FRANCIS BURKE is negligent per se in that he failed to obey a traffic control device in violation of, among others, VTL § 1110.

12. That by reason of the foregoing, the Plaintiff PATRICK HARRY MARIN MOZOMBITE and DIANA LOURDES DAVILA CORONEL were caused to sustain grave, protracted personal injury; has been and will be caused to needlessly suffer injury, pain, discomfort, stress, mental, emotional and psychological upset; has and continues to experience a diminished ability to freely engage and participate in the normal, customary and everyday pursuits and pleasures of life; has been and verily believes to have sustained a permanent limitation; has incurred and will incur future expenses for necessary hospital, medical and health care attention; all to the Plaintiff's damage, detriment and loss representing fair and adequate compensatory damages for the losses sustained herein in an amount which is reasonably expected to substantially exceed the maximum jurisdictional limits of the lower Civil Courts of and for Kings County, State of New York.

13. The aforesaid collision and injuries sustained by Plaintiff were solely through and by reason of the negligence of the Defendants, without any negligence on the part of the Plaintiff contributing thereto in any way whatsoever.

14. That by reason of the foregoing, Plaintiff PATRICK HARRY MARIN MOZOMBITE and DIANA LOURDES DAVILA CORONEL has been unable to attend to their usual occupation and avocation in the manner required.

15. That by reason of the foregoing Plaintiff PATRICK HARRY MARIN MOZOMBITE and DIANA LOURDES DAVILA CORONEL seeks monetary damages in this action against Defendants JOHN FRANCIS BURKE and MILLER AUTO LEASING CO DBA MILLER TRUCK LEASING in an amount in excess of the monetary jurisdictional limits of all Courts of inferior jurisdiction, together with interests and cost of suit, and disbursement as taxed by the Clerk of the Court.

## AND AS FOR SECOND CAUSE OF ACTION (VICARIOUS LIABILITY) ON BEHALF OF PLAINTIFFS AGAINST THE DEFENDANT MILLER AUTO LEASING CO DBA MILLER TRUCK LEASING

16. Plaintiffs repeat and re-allege paragraphs "1" through "15 " as though more fully set forth herein.

17. Pursuant to New York State Law, Defendant MILLER AUTO LEASING CO DBA MILLER TRUCK LEASING, as the registered owner of the subject Motor Vehicle is vicariously liable for the negligence, carelessness and recklessness of Defendant JOHN FRANCIS BURKE, pursuant to Vehicle and Traffic Law Section 388, et seq.

18. At all times herein, Defendant JOHN FRANCIS BURKE has been operating the aforesaid Motor Vehicle with the consent of Defendant MILLER AUTO LEASING CO DBA MILLER TRUCK LEASING.

19. By reason of the foregoing, Plaintiffs PATRICK HARRY MARIN MOZOMBITE and

DIANA LOURDES DAVILA, were caused to sustain grave, protracted personal injury, has been and will be caused to needlessly suffer injury, pain, discomfort, stress, mental, emotional and psychologist upset; has and continues to experience a diminished ability to freely engage and participate in the normal, customary and everyday pursuits and pleasure of life, has been and verily believes to have sustained a permanent limitations; has incurred and will incur and will incur future expenses for necessary hospital, medical and health care attention.

**WHEREFORE**, Plaintiffs respectfully request that this Court enter a judgment as follows:

a. On the First Cause of Action, judgement in favor of Plaintiffs and against Defendants in the amount of TEN MILLION ($10,000,000.00) DOLLARS;

b. On the Second Cause of Action, Judgment in favor of Plaintiffs and against Defendants in the amount of TEN MILLION ($10,000,000.00) DOLLARS;

## JURY DEMAND

**PLEASE TAKE NOTICE** that plaintiff hereby demands a trail by jury in this action.

Dated: New York, New York
     April 2, 2026.

Yours truly,

_____
**LOCKAMY & ASSOCIATES, P.C**
By: Joshua Lockamy, Esq.
Attorney for Plaintiffs
**PATRICK HARRY MARIN MOZOMBITE and
DIANA LOURDES DAVILA**
60 Broad Street, Suite 3002
New York, New York 10004
Office (718) 423-5625
Facsimile: (718) 732-2556

**<u>ATTORNEY'S VERIFICATION</u>**

I hereby certify that I have read the foregoing Summons and Complaint and that to the best of my knowledge, information and belief formed after reasonable inquiry. It is well grounded in fact and is warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law, and that is not interposed for any improper purpose, such as to harass, o to cause unnecessary delay or needless increase, in the cost of litigation.

That the source of deponent's information and the grounds of my belief are communications, papers, reports and investigations contained int his file.

The reason this verification is being made by deponent and not the Plaintiff is that Plaintiff lives outside the County where our office is maintained.

Dated: New York, New York
      March 2, 2026.

Yours truly,

_____
LOCKAMY & ASSOCIATES, P.C
By: Joshua Lockamy, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
PATRICK HARRY MARIN MOZOMBITE and
DIANA LOURDES DAVILA CORONEL,                          **Civil Action No.:**


                                        Plaintiffs,
                        -against-


MILLER AUTO LEASING CO D/B/A
MILLER TRUCK LEASING and
JOHN FRANCIS BURKE,

                                        Defendants,

------------------------------------------------------------------------------X


---

### VERIFIED COMPLAINT

---


**LOCKAMY & ASSOCIATES, P.C**
By: Joshua Lockamy, Esq.
Attorney for Plaintiffs
**PATRICK HARRY MARIN MOZOMBITE and**
**DIANA LOURDES DAVILA**
60 Broad Street, Suite 3002
New York, New York 10004
Office (718) 423-5625
Facsimile: (718) 732-2556