UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICK HARRY MARIN MOZOMBITE &
DIANA LOURDES DAVILA CORONEL,

    Plaintiffs,

  -against-

JOHN FRANCIS BURKE & MILLER AUTO
LEASING CO., d/b/a MILLER TRUCK LEASING,

    Defendants.

---

26-CV-2751 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    Plaintiffs selected White Plains as the courthouse assignment for this matter. ECF

No. 2 at 2. Plaintiffs are directed to consult the Rules for the Division of Business Among

District Judges – Southern District of New York and file a letter, no later than April 10, 2026,

explaining the basis for this selection.

Dated: April 3, 2026
   White Plains, New York

        SO ORDERED.

        *Jessica Clarke*

        JESSICA G. L. CLARKE
        United States District Judge