# BRANDGLICKBRAND
## Attorneys at Law

June 16, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2026

Honorable Judge Mary Kay Vyskocil
United States District Court,
Southern District of New York  New York
500 Pearl Street
New York, NY 10007

Re:    Marin Mozombite et al v. Miller Auto Leasing Co et al
       Case No.:                  1:26-cv-02751-MKV

Dear Honorable Judge Vyskocil:

We represent the defendants, Miller Auto Leasing and John Francis Burke in the above referenced litigation. This matter was scheduled for an initial conference tomorrow, June 17, 2026.  I apologize for the lateness of this correspondence as I did not initially realize that the conference had been scheduled.

Please accept this correspondence in lieu of a proposed scheduling order.  For reasons stated herein, diversity jurisdiction may be defeated by the addition of a necessary party to this litigation.  For that reason, we are requesting a phone conference to discuss the issues or, in the alternative, an extension of time to file the proposed scheduling order. I attempted to contact plaintiff's counsel to discuss this correspondence but was unable to speak with a representative from plaintiff's office.

With respect to the conference, this matter is related to <u>Colmenarez v. John Francis Burke and Miller Auto Leasing</u> which is pending in the Supreme Court, Queens County, Index No. 700575/2026. Mr. Colmenarez is a resident of the State of New York and was the driver of the vehicle in which the plaintiffs in this federal court action were passengers. Mr. Colmenarez was not named in the federal court action but we intend to commence a third-party action against him. My client contends that Mr. Colmenarez caused the accident by cutting in front of my client's vehicle and abruptly stopping.

Based on these facts, Mr. Colmenarez is a necessary party to this litigation.  However, we believe that filing the third-party action will defeat diversity. In light of the foregoing we are requesting a phone conference to discuss whether the matter should be remanded to state court or whether the state court action should be consolidated into the federal court action.

Thank you for your consideration of this submission.

Respectfully Submitted,
Brand Glick & Brand

*Robert S. Mazzuchin*

Robert S. Mazzuchin (M3655)

RSM/jcd

cc:    LOCKAMY & ASSOCIATES, P.C.
       Attorneys for Plaintiffs
       60 Broad Street, Suite 3002
       New York, New York 10004

90 Merrick Avenue, Suite 203, East Meadow, New York 11554
Tel: (516) 746-3500 | Fax: (516) 294-9744 | www.BGBFirm.com

BGB

The Court will not advise Defendants on their litigation strategy. Moreover, the Parties are in violation of the Court's Order, [ECF No. 10], which they cannot continue to ignore without risking sanctions. *See* [ECF No. 11]. Finally, the Parties are admonished to communicate with one another prior to making filings with the Court.

Date: 6/16/2026
New York, New York

Mary Kay Vyskocil
United States District Judge